# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH COONEY,**

    **Plaintiff,**

**v.**                                                      **Case No:   6:14-cv-106-Orl-22KRS**

**BARRY SCHOOL OF LAW,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT AND SPOILATION OF DOCUMENTS AND DEFENDANT'S REFUSAL TO FULLY COMPLY WITH COURT'S MOTION TO COMPEL ORDER (Doc. No. 112)**
>
> **FILED:**      **October 7, 2015**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff Joseph Cooney represents that he and Defendant's counsel conferred prior to the filing of the motion. Doc. No. 112, at 10. However, the motion fails to comply with Local Rule 3.01(g) because it does state "whether counsel agree on the resolution of the motion." Any renewed motion should contain this information. Any renewed motion should also identify what specific sanction(s) Plaintiff is seeking for each wrongdoing claimed.


**DONE** and **ORDERED** in Orlando, Florida on October 8, 2015.

THOMAS B. SMITH
United States Magistrate Judge